AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Silberman, Laurence H. | U.S. Court of Appeals D.C. Circuit | 05/11/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US Circuit Court Judge - Senior Status | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

333 Constitution Avenue, N.W.
Room 3400
Washington, DC 20001

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2017 | Georgetown University Law Center, Distinguished Visitor from the Judiciary, Spring and Fall | $97,640.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | Pension benefit - University of Texas MD Anderson |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federalist Society | 2/20/17-2/22/17 | Columbia University, New York, NY | Speaker at Federalist Society Luncheon | train fare, lodging, taxis, meals |
| 2. | Federalist Society | 3/24/17-3/26/17 | Harvard Law School, Cambridge, MA | Panelist at Federalist Society Luncheon | airfare, ground transportation, lodging, meals |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Russell Lindner | Colonial Parking Pass | $400.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America | line of credit on rental property #1, Washington DC (Pt VII, line 14) | None |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Silberman, Laurence H. | 05/11/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America Account, Washington, DC | A | Dividend | J | T | | | | | |
| 2. Wells Fargo Bank, NA, Account, Washington, DC | A | Interest | M | T | | | | | |
| 3. (H) IRA #1 | | | | | | | | | |
| 4. --T Rowe Price Capital Appreciation I Cl (TRAIX) (See Part VIII) | E | Dividend | P1 | T | Redeemed (part) | 01/03/17 | J | | |
| 5. (H) BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 6. --American Balanced Fund Cl A | C | Dividend | M | T | Sold (part) | 03/06/17 | L | A | |
| 7. --Capital Income Bldr Cl A | C | Dividend | M | T | Sold (part) | 03/15/17 | K | A | |
| 8. --American Funds Fundamental Invs Inc Cl A | C | Dividend | M | T | | | | | |
| 9. --Europacific Growth Fd Cl A | A | Dividend | K | T | Buy | 03/15/17 | K | | |
| 10. --Investment Co America Cl A | B | Dividend | L | T | Buy | 03/06/17 | L | | |
| 11. --iShares Russell 2000 ETF | A | Dividend | K | T | Buy | 12/04/17 | K | | |
| 12. Georgetown University 401(k) Plan, Fidelity Balanced K | E | Int./Div. | N | T | | | | | |
| 13. JP Morgan Chase | A | Dividend | | | Sold | 11/06/17 | J | A | |
| 14. Rental Property #1, Washington, DC (See note, Part VIII) | D | Rent | P1 | S | | | | | |
| 15. (H) IRA #2 | | | | | | | | | |
| 16. --First Eagle Overseas Fd Cl I (name change) | A | Dividend | K | T | Sold (part) | 06/08/17 | J | | |
| 17. | | | | | Sold (part) | 08/09/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Silberman, Laurence H. | 05/11/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --Lazard International Strategic Inst | B | Dividend | L | T | | | | | |
| 19. --Brandywine Small Cap Value Manager | B | Dividend | M | T | | | | | |
| 20. --Franklin Mutual International Cl C (See Part VIII) | | | | | Sold | 08/10/17 | L | | |
| 21. --Franklin Mutual International Cl Z | B | Dividend | L | | Buy | 08/10/17 | L | | |
| 22. --JP Morgan Value Adv Fund Cl C (See Part VIII) | | | | | Sold (part) | 09/05/17 | J | | |
| 23. | | | | | Sold (part) | 08/10/17 | N | | |
| 24. | | | | | Sold | 12/05/17 | L | | |
| 25. --JP Morgan Value Adv Fund Cl L | C | Dividend | N | T | Buy | 08/10/17 | N | | |
| 26. | | | | | Buy | 12/05/17 | L | | |
| 27. --PIMCO Income Fund (see note) | A | Dividend | | | Sold | 01/03/17 | M | | |
| 28. --AIG Foc Div Strat Fund Cl C (name change) (See Part VIII) | C | Dividend | | | Sold (part) | 08/10/17 | M | | |
| 29. | | | | | Sold | 12/05/17 | M | | |
| 30. --AIG Foc Div Strat Fund Cl W | C | Dividend | N | T | Buy | 08/10/17 | M | | |
| 31. | | | | | Buy (add'l) | 12/05/17 | M | | |
| 32. --Clearbridge Mid Cap Growth Fund Cl C | | | | | Sold | 08/10/17 | M | | |
| 33. --Clearbridge Mid Cap Growth Fund Cl. W | | | | | Buy | 08/10/17 | M | | |
| 34. --RBC Bank Cash (name change- result of RBC acquis of Citizens Bank) | A | Interest | K | T | Redeemed (part) | 06/13/17 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Silberman, Laurence H. | 05/11/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. (H) IRA #3 | | | | | | | | | |
| 36. Vanguard International Growth Inv | A | Dividend | J | T | | | | | |
| 37. Vanguard PRIMECAP Fund Investor | A | Dividend | J | T | | | | | |
| 38. | | | | | | | | | |
| 39. | | | | | | | | | |
| 40. | | | | | | | | | |
| 41. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line 4: Partial redemptions listed are the first payments in a series of monthly, same-sized redemptions from the IRA account, with part taken from each of the investments listed. There were 12 such transactions in 2017.

Part VII, Line 21: This property, in Washington, DC, was assessed at $1,081,820 for 2018.

Part VII, Line 20, 22, 28, 32: Investments were converted from Class C share to shares of a different class. Most of the shares in the affected four funds were converted on 8/10/17, with the remainder in JP Morgan Value Adv Fund and AIG Foc Div Strat Fund coverted on 12/5/17.

Part VII, Line 27: All shares of PIMCO were sold on 12/30/16, but transaction did not settle until 1/3/17, and it was not reported on the prior year statement. The proceeds of the sale were invested in other funds on 12/30/16, and those purchases were reported on last year's report. Brokerage house advanced cash for the 12/30 purchase in advance of the next business day settlement.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Laurence H. Silberman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544